| Case No. | EDCV 18-01976-AG (KKx) | Date | March 1, 2019 |
|---|---|---|---|
| Title | Portia Burleson v. Sprint Corporation et al | | |

Present: The Honorable **ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having been advised that this action has been resolved by a Stipulation for Dismissal [21], hereby orders this action dismissed WITH PREJUDICE. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                            -        :       -

                                                       Initials of Deputy Clerk    mku